IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 06-cv-02455-WYD-MJW

LYNNIS MAJOR,

Plaintiff(s),

v.

GROUP PUBLISHING, INC.,

Defendant(s).

MINUTE ORDER

It is hereby ORDERED that the Stipulated Motion for Protective Order (document 9) is GRANTED.

Date: March 13, 2007