IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  06-cv-02455-WYD-MJW

LYNNIS MAJOR,

      Plaintiff,

v.

GROUP PUBLISHING, INC.,

      Defendant.

---

### ORDER OF DISMISSAL

---

THIS MATTER is before the Court on the Stipulation for Dismissal With

Prejudice, filed August 13, 2007 (docket #19).  Therein, the parties' agree that

Plaintiff's Complaint, and the claims alleged therein should be dismissed with prejudice.

In consideration of the stipulation and the file herein, it is hereby

ORDERED that this case is **DISMISSED WITH PREJUDICE**, each party to pay

its own costs and attorneys fees.

Dated:  August 16, 2007

BY THE COURT:


s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge